1  LYNN HUBBARD, III, SBN 69773
2  SCOTTLYNN J HUBBARD, IV, SBN 212970
   LAW OFFICES OF LYNN HUBBARD
3  12 Williamsburg Lane
   Chico, CA. 95926
4  Telephone: (530) 895-3252
   Facsimile: (530) 894-8244

5  Attorney for Plaintiff
   JAMES SANFORD
6
7  THOMAS HARRIS
   BEST BUY STORES, L.P.
8  7601 Penn Avenue South
   Richfield, MN 55423
9  Telephone: (612) 292-2300
   Facsimile: (612) 292-2323

10 Attorneys for Defendant
11 BEST BUY STORES, LP dba BEST BUY #349

12 CATHERINE M. CORFEE, SBN 155064
   CORFEE STONE & ASSOCIATES
13 5441 Fair Oaks Boulevard, Suite B-1
   Carmichael, CA 95608
14 Telephone: (916) 487-5441
   Facsimile: (916) 487-5440

15 Attorney for Defendant
   PAPPAS LAGUNA NO. 2, LP
16

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SANFORD, | CIV.S 05-1747 DFL KJM |
| Plaintiff, | |
| vs. | **Stipulation to Continue the Filing of the Joint Status Report and [Proposed] Order Thereon** |
| BEST BUY STORES, LP dba BEST BUY #349, <u>et al.</u>, | |
| Defendant. | |

1   It is hereby stipulated by and between plaintiff, James Sanford
2  ("plaintiff"), and defendants, Best Buy Stores, LP dba Best Buy #349 and
3  Pappas Laguna No. 2, LP ("defendants") and their respective counsel, that
4  the date for filing the joint status report be continued for thirty (30) days.
5   Defendant, Best Buy Stores, and Plaintiff are currently negotiating
6  settlement in this matter and the parties feel that in the interest of judicial
7  economy and in an effort to explore settlement with defendant, Pappas
8  Laguna No. 2, LP, an extension to file the joint status report is warranted at
9  this time.

Dated: November ___, 2005    LAW OFFICES OF LYNN HUBBARD

_____
LYNN HUBBARD, III
Attorney for Plaintiff
JAMES SANFORD

Dated: November _, 2005    BEST BUY STORES, L.P.

_____
THOMAS HARRIS
Attorney for Defendant
BEST BUY STORES, LP dba BEST BUY #349

Dated: November ___, 2005    CORFEE STONE & ASSOCIATES

_____
CATHERINE M. CORFEE
Attorney for Defendant
PAPPAS LAGUNA NO. 2, LP

Sanford v. Best Buy, et al., CIV.S 05-1747 DFL KJM
Stipulation to Continue the Status Conference
Page 2

1

**ORDER**

2

3
**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED**

4
that the filing of the joint status report be continued for thirty (30) days and

5
will be filed on or before December 9, 2005.

6

7

8
Dated: 11/8/ 2005            /s/ David F. Levi
                    UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Sanford v. Best Buy, et al., CIV.S 05-1747 DFL KJM
Stipulation to Continue the Status Conference
Page 3