1  LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J. HUBBARD, IV, SBN 212970
2  **LAW OFFICES OF LYNN HUBBARD**
12 Williamsburg Lane
3  Chico, California 95926
Telephone No: (530) 895-3252
4  Facsimile: (530) 894-8244

5  Attorneys for Plaintiff James Sanford

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  JAMES SANFORD,                       Case No. CIV. S 05-1747 DFL (KJM)

12        Plaintiff,

13                                        **REQUEST FOR DISMISSAL AND
[PROPOSED] ORDER THEREON
14  vs.                                   AS TO DEFENDANT BEST BUY
STORES, LP dba BEST BUY
15  BEST BUY STORES, LP dba BEST          STORES, LP dba BEST BUY #349**

16  BUY #349, et al.,

17

18        Defendants.
                                   /
19  _____

20

21

22

23

24

25

26

27

28

1

**REQUEST FOR DISMISSAL [AND PROPOSED ORDER]**
G:\DOCS\LEV\3. Signed Orders to be Processed\05cv1747.o.27.wpd.wpd.

TO THE COURT AND ALL PARTIES:

Pursuant to a settlement agreement between Plaintiff, James Sanford, and defendant, Best Buy Stores, LP dba Best Buy #349, plaintiff hereby requests that the above-captioned action be dismissed with prejudice <u>as to defendant Best Buy Stores, LP dba Best Buy #349 only</u>.

Nothing in this Request for Dismissal shall be construed to affect plaintiff's complaint and claims in the above-referenced case against defendants other than defendant **Best Buy Stores, LP dba Best Buy #349.**

Dated: December 14, 2005            LAW OFFICES OF LYNN HUBBARD


By: /s/ Lynn Hubbard, III
LYNN HUBBARD III
Attorneys for Plaintiff JAMES SANFORD

## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-05-1747 DFL (KJM), is hereby dismissed with prejudice **as to Best Buy Stores, LP dba Best Buy #349 only**.  The Court denies as premature defendant Pappas Laguna, LP's motion for a hearing on whether the settlement between Best Buy and plaintiff is in good faith.

Dated: 2/7/2006


DAVID F. LEVI
United States District Judge

**REQUEST FOR DISMISSAL [AND PROPOSED ORDER]**
G:\DOCS\LEV\3. Signed Orders to be Processed\05cv1747.o.27.wpd.wpd.

**Law Offices of
Lynn Hubbard, III**