LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
LAW OFFICES OF LYNN HUBBARD
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone:   (530) 895-3252
Fax:   (530) 894-8244

Attorneys for Plaintiff

CATHERINE CORFEE, SBN 155064
CORFEE STONE & ASSOCIATES
5441 Fair Oaks Boulevard, Suite B-1
Carmichael, CA 95608
Telephone: (916) 487-5441
Fax: (916) 487-5440

Attorney for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SANFORD, | Case No. CIV. S-05-01747 DFL-KJM |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL AND ORDER THEREON** |
| PAPPAS LAGUNA NO. 2, LP, | |
| Defendant. | |

TO THE COURT AND ALL PARTIES:

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff, James Sanford and Defendant Pappas Laguna No. 2, LP hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: February \_\_\_\_, 2007          LAW OFFICES OF LYNN HUBBARD, III

_____
LYNN HUBBARD, III
Attorney for Plaintiff

Dated: February \_\_\_\_, 2007          CORFEE STONE & ASSOCIATES

_____
CATHERINE CORFEE
Attorney for Defendant

### **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-05-01747-DFL-KJM, is hereby dismissed with prejudice.

Dated:  03/01/2007

/s/ David F. Levi
United States District Court Judge